# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* MINGE, *et al.*, | ) ) ) |
| Relators, | ) ) |
| vs. | )  Case No. 07-1212-MLB ) |
| TECT AEROSPACE, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER TO STAY

On Thursday, November 15, 2012, the parties engaged in a telephone conference with the Hon. District Judge Monti L. Belot and the undersigned Magistrate Judge. The topic of the conference was the "Order to Show Cause" filed by this Court requiring Relators and Defendant Turbine Engine Components Technologies Corporation ("TECT") to "show cause why all discovery and deadlines in this case should not be STAYED pending the resolution of the bankruptcy stay regarding Relators' claims against Defendant Raytheon Aircraft Company and Hawker Beechcraft Corporation." (Doc. 376.) Specifically, Relators wanted to have resolution regarding certain outstanding discovery requests and pending discovery motions involving Relators and TECT.

Following argument by counsel for the parties, all of whom were represented telephonically by counsel, the Court finds that continuing with discovery on a piecemeal basis at this time would not be appropriate.  The Court therefore **ORDERS** that **all proceedings** in this matter shall be **STAYED** for a period of **90 days** from the date of this Order.  The Court will schedule this matter for a status conference at the expiration of this 90 day stay to determine if the matter should proceed or if the stay should be extended.  In addition, the parties are instructed to inform the Court of any relevant developments regarding the matter currently pending in the United States Bankruptcy Court for the Southern District of New York, filed by Hawker Beechcraft, Inc. (*see* Doc. 354).

**IT IS SO ORDERED.**

Dated this 16th day of November, 2012.

 s/ KENNETH G. GALE
Kenneth G. Gale
United States Magistrate Judge