UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>EX. REL.<br>DONALD MINGE and DAVID KIEHL<br>and<br>DONALD MINGE AND DAVID KIEHL,<br>individually<br><br>vs.<br><br>TURBINE ENGINE COMPONENTS<br>TECHNOLOGIES CORPORATION,<br>TECT AEROSPACE, INC.,<br>TECT AEROSPACE WELLINGTON, INC.,<br>RAYTHEON AIRCRAFT COMPANY, AND<br>HAWKER BEECHCRAFT<br>CORPORATION. | Case No. 07-1212-JTM-KGG |

## AMENDED JOINT MOTION TO DEPOSIT FUNDS WITH THE COURT AND TO PAY OUT FUNDS

Pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Rule 67.1, the Relators, Hawker Beechcraft Corporation, and the United States jointly move the Court for an order authorizing a deposit into the registry of the court the amount of $700,000, which represents settlement proceeds. The other defendants have no objection to this motion.

The above parties also move the court to order that the settlement funds be paid out to the United States forthwith, without the traditional 14 day waiting period. The funds should be made payable to "United States of America" at the following address: United States Attorney's Office, Attn: Brian D. Sheern, 1200 Epic Center, 301 N. Main, Wichita, KS 67202.

In compliance with Local Rule 67.1, a proposed order to pay in and to pay out are submitted with this motion.

/s/Gaye B. Tibbets
Gaye B. Tibbets, #13240
HITE, FANNING & HONEYMAN L.L.P.
100 North Broadway, Suite 950
Wichita, KS 67202-3089
Telephone: (316) 265-7741
Facsimile : (316) 267-7803
E-mail: tibbets@hitefanning.com
*Attorneys for Relators*


/s/Brian Sheern
Brian Sheern
Assistant United States Attorney for the District of Kansas
1200 Epic Center, 301 N. Main
Wichita, KS 67202
*Attorney for the United States*

/s/Douglas W. Baruch
Douglas W. Baruch
Jennifer M. Wollenberg
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, DC 20006

and

Stephen E. Robison
Fleeson, Gooing, Coulson & Kitch LLC
1900 Epic Center, 301 N. Main
Wichita, Kansas 67202
*Attorneys for Hawker Beechcraft Corporation*