# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, EX. REL.; DONALD MINGE and DAVID KIEHL; and DONALD MINGE AND DAVID KIEHL, individually, <br><br> vs. <br><br> TURBINE ENGINE COMPONENTS TECHNOLOGIES CORPORATION, TECT AEROSPACE, INC., TECT AEROSPACE WELLINGTON, INC., RAYTHEON AIRCRAFT COMPANY, AND HAWKER BEECHCRAFT CORPORATION. | Case No. 07-1212-JTM-KGG |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the parties, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims, except as otherwise agreed to in writing among the parties.

Respectfully Submitted by:

By:    /s/Gaye B. Tibbets
Gaye B. Tibbets, #13240
HITE, FANNING & HONEYMAN L.L.P.
100 North Broadway, Suite 950
Wichita, KS 67202-3089
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
E-mail: tibbets@hitefanning.com
*Attorneys for Relators*

/s/Brian Sheern
Brian Sheern, #21479
Assistant United States Attorney for the District of Kansas
1200 Epic Center
301 N. Main
Wichita, KS 67202
*Attorney for the United States*


/s/Douglas W. Baruch
Douglas W. Baruch
Jennifer M. Wollenberg
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, DC 20006

and

/s/Stephen E. Robison
Stephen E. Robison
Fleeson, Gooing, Coulson & Kitch, LLC
301 N. Main, Suite 1900
Wichita, Kansas 67202
*Attorneys for Hawker Beechcraft Corporation*


/s/Holly A. Dyer
Holly A. Dyer
Foulston Siefkin, LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206

and

/s/Richard J. Bedell, Jr.
Richard J. Bedell, Jr.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
*Attorneys for Turbine Engine Components Technologies Corporation, TECT Aerospace, Inc. and TECT Aerospace Wellington, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2015, I electronically filed the foregoing Notice with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                     /sGaye B. Tibbets  
                                                                     Gaye B. Tibbets